(July 2, 2009)

■ In the Matter of JAMES TAYLOR, Appellant, v PATRICK J. DUFFY, Assessor, Town of West Monroe, et al., Respondents. [881 NYS2d 354]—Appeal from an order of the Supreme Court, Oswego County (James W. McCarthy, A.J.), entered February 7, 2007 in a proceeding pursuant to RPTL article 7. The order dismissed the petition.

Now, upon reading and filing the stipulation discontinuing action signed by the attorneys for the parties on June 18 and 26, 2009,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Hurlbutt, Centra, Green and Gorski, JJ.